ANTHONY MASI, PLAINTIFF-RESPONDENT, v. WILLIAM R. MESTICE, DEFENDANT-PETITIONER.

See same case below: 4 *N. J. Super.* 452.

*Mr. William· R. Mestice,* petitioner, *in propria persona.*

*Mr. Frank G. Masini* for the respondent.

December 19, 1949.   Denied.

ATLAS FENCE COMPANY, PLAINTIFFS-RESPONDENTS, v. WEST RIDGELAWN CEMETERY, ET AL., DEFENDANTS-PETITIONERS. ·

See same case below: 4 *N. J. Super.* 541.

*Mr. Abraham M. Herman* and *Mr. Richard J. Fitz Maurice* for the petitioners.

*Mr. John J. Clancy* for the respondents.

January 9, 1950.   Denied.